# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In Re:  
    CON-TECH Power Systems, Inc.

Case No. 02-18987 EWM  
SECTION A

Debtor(s)

## TRUSTEE'S FINAL ACCOUNT OF DISTRIBUTION
## AND APPLICATION FOR CLOSING AND DISCHARGE

COMES NOW, Wilbur J. "Bill" Babin, Jr., whose address is 3027 Ridgelake Drive, Metairie, Louisiana, 70002, trustee of the estate of the above-named debtor(s) and certifies to the Court and the United States Trustee that this case has been fully administered. A Trustee's Report of Administration and Proposed Distribution (TFR) was filed and approved and proper disbursements in accordance with the Court's order approving distribution have been completed. The trustee now certifies that the trustee has faithfully and properly fulfilled the duties of the office of trustee and that no funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the trustee prays that this final account of distribution be accepted and the Court order the case closed and the trustee discharged of any further duties.

I declare under the penalty of perjury that this final report and all attachments thereto are true and accurate to the best of my knowledge and belief, *and that prior to filing the report with the Court, I have received and retained an original endorsement from the United States Trustee attesting to the review of this Trustee's Final Account of Distribution and Application for Closing and Discharge.*

Dated:   March 29, 2006

                S/Wilbur J. "Bill" Babin, Jr.  
                WILBUR J. (BILL) BABIN, JR., Trustee

===============================================================================

*The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objections to the trustee's certification that the estate has been fully administered and is ready to close.*

Date: 5-1-06

                Sheila M. Carr  
                OFFICE OF THE UNITED STATES TRUSTEE

PART A      **FORM 4 - Distribution Report for Closed Asset Cases**

Case No. : 02-18987 EWM      Date Submitted: 03/29/06
Case Name : CON-TECH Power Systems, Inc.      Trustee Name : WILBUR J. (BILL) BABIN, JR.
Date Filed/Converted to Ch. 7 : 01/27/03

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| **GROSS RECEIPTS** | $304,767.07 | 100.00% |
| Less: Funds Paid to Debtor: | | |
|     Exemptions | 0.00 | 0.00% |
|     Excess Funds | 0.00 | 0.00% |
|   Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$304,767.07** | **100.00%** |

| SECURED CLAIMS: | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
|   Real Estate | $165,000.00 | $165,000.00 | 54.14% |
|   Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
|   Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $165,000.00 | $165,000.00 | 54.14% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $18,488.35 | $18,488.35 | 6.07% |
|   Trustee Expenses | 588.47 | 588.47 | 0.19% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | 37,300.25 | 37,300.25 | 12.24% |
|     Trustee's Firm Legal Expenses | 1,034.10 | 1,034.10 | 0.34% |
|     Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 10,343.13 | 10,343.13 | 3.39% |
|   Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|   Other Professional Fees/Expenses | 1,329.00 | 1,329.00 | 0.44% |
|   Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|   Other Expenses | 170.72 | 261.61 | 0.09% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
|   U.S. Trustee Fees | 500.00 | 500.00 | 0.16% |
|   Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $69,754.02 | $69,844.91 | 22.92% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)** (From attached Part B) | $11,185.19 | $11,185.19 | 3.67% |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 1,709.25 | 1,709.25 | 0.56% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | $1,709.25 | $1,709.25 | 0.56% |
| **GENERAL UNSECURED CLAIMS** | $256,747.08 | $57,027.72 | 18.71% |
| **TOTAL DISBURSEMENTS** | **$504,395.54** | **$304,767.07** | **100.00%** |

**PART B**       **FORM 4 - Distribution Report for Closed Asset Cases**

**Case No.** : 02-18987 EWM       **Date Submitted:** 03/29/06
**Case Name :** CON-TECH Power Systems, Inc.       **Trustee Name** : WILBUR J. (BILL) BABIN, JR.
**Date Filed/Converted to Ch. 7 :** 01/27/03

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
|   Trustee Fees | 0.00 | 0.00 | 0.00% |
|   Trustee Expenses | 0.00 | 0.00 | 0.00% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|   Other Professional Fees/Expenses | 11,185.19 | 11,185.19 | 3.67% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
|   Operating Expenses | 0.00 | 0.00 | 0.00% |
|   Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $11,185.19 | $11,185.19 | 3.67% |